AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| FORREST BYRON SMITH | ) | Case No.  11-82 MAG |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____07/22/2010_____ in the parish of ____St. Tammany____ in the
____Eastern____ District of ____Louisiana____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(a)(2) | Knowingly and intentionally received child pornography which was transported in interstate and foreign commerce. |

This criminal complaint is based on these facts:

```
___ Fee_____
X  Process USM 2 CC
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christine Sungjoo Lee, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____07/19/2011_____

_____
*Judge's signature*

City and state: _____New Orleans, Louisiana_____

Honorable Sally Shushan, Magistrate Judge
*Printed name and title*

## AFFIDAVIT

## FACTS AND CIRCUMSTANCES

Probable cause exists to believe that Forrest Byron Smith, a 76-year-old white male, the defendant herein, did knowingly and intentionally receive, distribute, and possess child pornography (CP) for which a person can be charged with criminal offenses in violation of Title 18, United States Code, Sections 2251 and 2252.

This complaint is made on the basis of investigation consisting of the following:

I, Christine Sungjoo Lee, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and am assigned to the New Orleans Division.   I am currently assigned to the New Orleans Field Office Cyber Squad.   I am currently assigned to investigate computer crimes which involve use of computers and the Internet to obtain unauthorized access to protected computers and also unlawful access to stored communications.   I am also assigned to investigate online exploitation of children matters, particularly in relation to violations of Title 18, United States Code (USC) Sections 2251 and 2252 which criminalize, *inter alia*, the production, possession, receipt and transmission of child pornography.

2.      This affidavit is made in support of a criminal complaint for FORREST BYRON SMITH, 118 Eydie Lane, Slidell, Louisiana 70458, date of birth January 31, 1931, for receiving child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2).

3.      Title 18, United States Code, Section 2252(a)(2) reads in pertinent part:

Any person who knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if—

**(A)** the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and
**(B)** such visual depiction is of such conduct;

4.      Since this affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that SMITH knowingly and intentionally received child pornography which was transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(2).

5.      On or about November 10, 2010, FBI agents executed a valid search warrant at Smith's residence and seized seven (7) computers owned and used by Smith from his residence. The search of the computers revealed images and videos depicting the sexual exploitation and victimization of minor children.

6.      A forensic search of Smith's computers and related electronic storage media, which remains ongoing, has revealed not less than 12,500 images and 1,000 videos depicting the sexual victimization of children.   These images and videos revealed prepubescent individuals engaging in a variety of sexual activity, including, but not limited to, adult males vaginally and/or anally penetrating prepubescent victims, prepubescent victims performing oral sex on adults, and adult males and females performing oral sex on prepubescent minors, including toddlers and infants The images also depicted an unclothed female toddler with ejaculate covering her vagina and

− 2 −

abdomen and an erect penis resting on her vagina, unclothed prepubescent females bound with rope with their genitalia exposed, a male toddler being anally penetrated by a adult male, and an infant being forced to perform oral sex on an adult male.

       7.      Forensic evidence also revealed that Smith used a Peer-to-Peer file sharing program to download and save images and videos of child pornography.   In particular, on or about July 22, 2010, the Peer-to-Peer file sharing program was installed on one of Smith's computers. Smith created multiple user accounts, including two with user names "swampboyjj" and "stephanierdi."

       8.      Forensic evidence revealed that after creating Peer-to-Peer file sharing accounts, Smith would locate and download images and videos depicting the sexual victimization of children.   Smith would then save these images and videos to the hard drives of his computers.   In particular, a forensic examination revealed files containing chat sessions involving user names "swampboyjj" and "stephanierdi."   In these chat sessions, SMITH, utilizing the user names "swampboyjj" and "stephanierdi," obtained passwords to the electronic storage folders of other users of the Peer-to-Peer file sharing program.   Once Smith received this information, he was able to access others' storage folders for the purpose of obtaining and receiving child pornography. Multiple files containing child pornography were found in the default download folders within SMITH'S computer for "swampboyjj" and "stephanierdi."

       9.      A forensic search of Smith's computers and related storage media determined that Smith stored the files (both images and videos) depicting the sexual exploitation of children in folders within his hard drive that he created.   Smith stored many of the files in a series of sub-folders in a folder entitled "211 Gold Age."   Smith would organize and catalogue the images and videos described above in a series of folders he created, including folders bearing the names

– 3 –

"new girl vid," "boy vids," "girl pics boyz," "spank," "boiz1," "erect," "stiffies," "fun girl," "very y," "teenie," "new girlz," "fam fun 1," and "fam fun 2."

10.     Some of the child victims depicted in the sexually explicit images possessed by Smith are real, identifiable victims less than the age of eighteen (18) at the time the child pornography was created.   FBI Agents have determined that some of the child victims depicted in the materials possessed by Smith were of prepubescent children less than eighteen (18) years of age, to wit: infants as young as approximately six (6) and eight (8) months old, and that the images of the child victims were engaged in "sexually explicit conduct," as defined in Title 18, United States Code, Section 2256.   These images included pictures and videos of adult males and adult females penetrating minor victims and minor victims engaging in acts of bestiality.

11.     Furthermore, "Swampboyjj" and "Stephanierdi" were two user names that Smith utilized to create e-mail accounts with America Online and Yahoo!, respectively.   SMITH has also used these user names to engage in communication via various "instant messaging" vehicles with others.   In some of these communications, Smith has misrepresented his identity, including pretending to be a young female participating in a sexual conversation with an adult male.

12.     Smith also created a profile on the social networking website "Bebo.com." Bebo.com is a free online tool that allows people to communicate through various methods and form social networks.   Bebo.com members create "profiles," or individualized Web pages to identify themselves to others.   A profile may include, should the creator wish, photos, videos, personal identification information, contact details, and a section in which a user can describe himself.

13.     In or about spring 2010, SMITH created a profile on "Bebo.com" under the user name "Swampboyjj."   In the profile, SMITH represented himself to be a juvenile male from

– 4 –

Auckland, New Zealand.   SMITH, pretending to be a young male, joined numerous "groups" on Bebo.com, including "Gay Boiz 10-16 Only," "Beautiful Boys and Girls," and "Sexy Gay Lads."

14.     Additional investigation has determined, further, that on September 7, 2010, and September 9, 2010, law enforcement personnel in Los Angeles, California, downloaded images containing child pornography from Smith.   On October 11, 2010, law enforcement personnel in Wheaton, Illinois, downloaded images containing child pornography from Smith.   In all three instances, law enforcement personnel downloaded images through a Peer-to-Peer file sharing program from user identifications "Swampboyjj" and "Stephanierdi."   Forensic evidence established that the images of child pornography downloaded or received by law enforcement personnel were transported in interstate commerce via computer.

15.     Based on the above information, your Affiant believes there is probable cause to believe that SMITH knowingly and intentionally received, distributed, and possessed child pornography which was transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252(a)(2) and (a)(4).


CHRISTINE SUNGJOO LEE
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me,
this the 19th day of July, 2011


SALLY SHUSHAN
United States Magistrate Judge


– 5 –